# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 26, 2017

## NO. 03-16-00013-CV

**Thomas Larivee, Jr., Appellant**

**v.**

**Geary Louis and Daniel Firepine, Appellees**

**APPEAL FROM COUNTY COURT AT LAW NO. 1 OF HAYS COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES PEMBERTON AND BOURLAND
REVERSED AND REMANDED -- OPINION BY JUSTICE PEMBERTON**

This is an appeal from the order signed by the trial court on December 11, 2015. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's judgment. Therefore, the Court reverses the trial court's judgment and remands the case to the trial court for further proceedings. The appellee shall pay all costs relating to this appeal, both in this Court and in the court below.